UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JAMES MILLER GREEN                           CIVIL ACTION

VERSUS                                       NO: 10-2782

DANIEL EDWARDS, ET AL.                       SECTION: R(4)

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Partial Report and Recommendation,[1] hereby approves the Partial Report and Recommendation and adopts it as its opinion.

Accordingly, the defendants' motion to dismiss is GRANTED in part and DENIED in part.

New Orleans, Louisiana, this 27th day of December, 2011.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

_____

[1]   R. Doc. 22.